THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GRAY and SCOTT HORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES LLC, a Washington limited liability company,<br><br>Defendants. | Case No.: 2:22-CV-00800-BJR<br><br>**STIPULATED SCHEDULING ORDER EXTENDING DEADLINES**<br><br>**NOTE ON MOTION CALENDAR**<br>**JUNE 21, 2022** |

## STIPULATION

On June 8, 2022, Plaintiffs James Gray and Scott Horton filed their Class Action Complaint (Dkt. No. 1) against Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively "Amazon"). Through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—an extension of time for Amazon to answer or otherwise respond to the Complaint. The parties stipulate that Amazon must answer or otherwise respond to the Complaint by no later than **August 12, 2022**.

/////

/////

/////

/////

/////

| | | |
|---|---|---|
| 1 | Dated: June 21, 2022 | Respectfully submitted, |

FENWICK & WEST LLP

By: */s/ Brian D. Buckley*
    Brian D. Buckley, WSBA No. 26423

    191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone:    206.389.4510
    Email:    bbuckley@fenwick.com

    Laurence F. Pulgram (admitted *pro hac vice*)
    Jedediah Wakefield (admitted *pro hac vice*)
    Tyler G. Newby (admitted *pro hac vice*)
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone:    415.875.2300
    Email:    lpulgram@fenwick.com
        jwakefield@fenwick.com
        tnewby@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES LLC

TOUSLEY BRAIN STEVENS, PLLC

By: */s/ Jason T. Dennett*
    Jason T. Dennett, WSBA No. 30686
    Rebecca L. Solomon, WSBA No. 51520
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101-3147
    Telephone:    206.682.5600
    Email:    jdennett@tousley.com
        rsolomon@tousley.com

DiCELLO LEVITT GUTZLER LLC

By: */s/ Adam J. Levitt*
    Adam J. Levitt (*pro hac vice*)
    Amy E. Keller (*pro hac vice*)
    Nada Djordjevic (*pro hac vice*)
    Sharon Cruz (*pro hac vice*)
    Ten North Dearborn Street, 6th Floor
    Chicago, Illinois 60602
    Telephone:    312.214.7900
    Email:    alevitt@dicellolevitt.com

|   |   |
|---|---|
| 1 | akeller@dicellolevitt.com |
| 2 | ndjordevic@dicellolevitt.com |
|   | scruz@dicellolevitt.com |

David A. Straite (*pro hac vice*)
Corban S. Rhodes (*pro hac vice*)
One Grand Central Place
60 East 42nd Street, Ste. 2400
New York, NY 10165
Telephone:    646.933.1000
Email:            dstraite@dicellolevitt.com
                     crhodes@dicellolevitt.com

*Attorneys for Plaintiffs*
JAMES GRAY and SCOTT HORTON

**SO ORDERED**.

Dated this 24th day of June, 2022.

_____
THE HONORABLE BARBARA J. ROTHSTEIN