The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GRAY and SCOTT HORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES LLC, a Washington limited liability company<br><br>Defendants. | NO. 2:22-cv-00800<br><br>**STIPULATED SCHEDULING ORDER EXTENDING BRIEFING DEADLINES** |

**STIPULATION**

On June 8, 2022, Plaintiffs James Gray and Scott Horton filed their Class Action Complaint (Dkt. No. 1) against Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively "Amazon"). On August 12, 2022, Amazon filed Amazon Defendants' Motion to Dismiss (Dkt. 37). Plaintiffs' opposition is currently due September 2, 2022, and Amazon's reply is due September 16, 2022. Through their respective counsel, the parties have stipulated to—and now jointly and respectfully request that the Court approve—an extension of the deadline for Plaintiffs to file their opposition to the Motion to Dismiss to **September 15, 2022** and for Amazon to file any reply to **October 7, 2022**.

STIPULATED SCHEDULING ORDER EXTENDING BRIEFING DEADLINES - 1
Case NO. 2:22-cv-00800

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | |
|---|---|
| 1 | DATED this 30th day of September, 2022. |
| 2 | TOUSLEY BRAIN STEPHENS PLLC |
| 3 | By: *s/Jason T. Dennett* |
| 4 | Jason T. Dennett, WSBA #30686<br>jdennett@tousley.com |
| 5 | Rebecca L. Solomon, WSBA# 51520<br>rsolomon@tousley.com |
| 6 | 1200 Fifth Avenue, Suite 1700<br>Seattle, Washington 98101 |
| 7 | Telephone: 206.682.5600/Fax: 206.682.2992 |
| 8 | DICELLO LEVITT GUTZLER LLC |
| 9 | David Straite (Pro Hac Vice) |
| 10 | Corban Rhodes (Pro Hac Vice)<br>485 Lexington Avenue, 10th Floor |
| 11 | New York, New York 10017<br>Tel: (646) 933-1000 |
| 12 | Email: dstraite@dicellolevitt.com |
| 13 | crhodes@dicellolevitt.com |
| 14 | Adam J. Levitt (Pro Hac Vice)<br>Amy E. Keller (Pro Hac Vice) |
| 15 | Nada Djordjevic (Pro Hac Vice) |
| 16 | Sharon Cruz (Pro Hac Vice)<br>Ten North Dearborn Street, Sixth Floor |
| 17 | Chicago, Illinois 60602<br>Tel: (312) 214-7900 |
| 18 | Email: alevitt@dicellolevitt.com |
| 19 | akeller@dicellolevitt.com<br>ndjordevic@dicellolevitt.com |
| 20 | scruz@dicellolevitt.com |
| 21 | ***Attorneys for Plaintiffs*** |
| 22 | FENWICK & WEST LLP |
| 23 | By: *s/ Brian D. Buckley* |
| 24 | Brian D. Buckley, WSBA No. 26423 |
| 25 | 191 Second Avenue, 10th Floor<br>Seattle, WA 98101 |
| 26 | Telephone:    206.389.4510<br>Email:    bbuckley@fenwick.com |

STIPULATED SCHEDULING ORDER EXTENDING BRIEFING
DEADLINES - 2
Case NO. 2:22-cv-00800

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | Laurence F. Pulgram (admitted *pro hac vice*) |
| 2 | Jedediah Wakefield (admitted *pro hac vice*) |
|   | Tyler G. Newby (admitted *pro hac vice*) |
| 3 | 555 California Street, 12th Floor |
|   | San Francisco, CA 94104 |
| 4 | Telephone:    415.875.2300 |
|   | Email:            lpulgram@fenwick.com |
| 5 |                       jwakefield@fenwick.com |
|   |                       tnewby@fenwick.com |

*Attorneys for Defendants*
AMAZON.COM, INC. and AMAZON.COM SERVICES LLC

**SO ORDERED.**

DATED this 1st day of September, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED SCHEDULING ORDER EXTENDING BRIEFING
DEADLINES - 3
Case NO. 2:22-cv-00800

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992