The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES GRAY and SCOTT HORTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES LLC, a Washington limited liability company,<br><br>Defendants. | NO. 2:22-cv-00800 BJR<br><br>**STIPULATION REGARDING BRIEFING DEADLINES AND PROPOSED ORDER** |

Plaintiffs James Gray and Scott Horton and Defendants Amazon.com, Inc. and Amazon.com Services, LLC, jointly stipulate as follows:

1. On January 27, 2023, the Court entered its Order Granting Defendants' Motion to Dismiss (Dkt. 48) and dismissed Plaintiffs' Complaint without prejudice.

2. Plaintiffs intend to file a motion for leave to amend the complaint, which Defendants intend to oppose.

3. Defendants intend to file a motion for its attorneys' fees, expenses, and court costs pursuant to RCW § 63.60.060, which Plaintiffs intend to oppose.

STIPULATION AND ORDER REGARDING BRIEFING DEADLINES- 1
2:22-cv-00800

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

4. Because Defendants' request for fees, expenses, and court costs may depend on or be affected by the Court's ruling on Plaintiffs' motion for leave to amend, the parties stipulate that Plaintiffs shall file any motion for leave to amend their complaint by March 3, 2023 and that Defendants shall file any motion requesting attorneys' fees, expenses, and court costs within one week after an order on the motion for leave to amend the complaint.

DATED this 9th day of February, 2023.

TOUSLEY BRAIN STEPHENS PLLC


By:  *s/ Rebecca L. Solomon*
Rebecca L. Solomon, WSBA #51520
*s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
TOUSLEY BRAIN STEVENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel:  (206) 682-5600
Fax:  (206) 682-2992
Email:     rsolomon@tousley.com
              jdennett@tousley.com

*s/ Adam J. Levitt*
Adam J. Levitt, Admitted *Pro Hac Vice*
*s/ Amy E. Keller*
Amy E. Keller, Admitted *Pro Hac Vice*
*s/ Nada Djordjevic*
Nada Djordjevic, Admitted *Pro Hac Vice*
*s/ Sharon Cruz*
Sharon Cruz, Admitted *Pro Hac Vice*
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel:  (312) 214-7900
Fax:  (312) 253-1443
Email:     alevitt@dicellolevitt.com
              akeller@dicellolevitt.com
              ndjordevic@dicellolevitt.com
              scruz@dicellolevitt.com

*s/ David Straite*
David Straite, Admitted *Pro Hac Vice*
*s/Corban Rhodes*
Corban Rhodes, Admitted *Pro Hac Vice*
One Grand Central Place, 60 East 42nd St.
Suite 2400

STIPULATION AND ORDER REGARDING BRIEFING DEADLINES- 2
2:22-cv-00800

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992

|   |   |
|---|---|
| 1 | New York, NY 10165 |
| 2 | Tel: (646) 933-1000<br>Email: dstraite@dicellolevitt.com<br>crhodes@dicellolevitt.com |

*Attorneys for Plaintiffs and the Proposed Class*

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
  Brian D. Buckley, WSBA No. 26423
  bbuckley@fenwick.com
  1191 Second Avenue, 10th Floor
  Seattle, WA  98101
  Telephone:  206.389.4510

*Attorneys for Defendants*

PURSUANT TO THE STIPULATION, THE COURT ORDERS that Plaintiffs shall file their motion for leave to amend the complaint by March 3, 2023. The response in opposition and reply shall be filed consistent with the scheduling protocol in the Court's Standing Order for All Civil Cases (Dkt. 33). If Defendants decide to move for attorneys' fees, expenses, or court costs they must file that motion within one week of the Court's order on the motion for leave to amend.

IT IS SO ORDERED.

Dated this 14th day of February, 2023

_____
Hon. Barbara J. Rothstein
United States District Court Judge

STIPULATION AND ORDER REGARDING BRIEFING
DEADLINES- 3
2:22-cv-00800

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington  98101
TEL. 206.682.5600 • FAX 206.682.2992