The Honorable Barbara Rothstein

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES GRAY and SCOTT HORTON,
individually and on behalf of all others similarly
situated,

                  Plaintiffs,

      v.

AMAZON.COM, INC., a Delaware corporation,
and AMAZON.COM SERVICES LLC, a
Washington limited liability company,

                  Defendants.

NO. 2:22-cv-00800 BJR

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR
LEAVE TO FILE AMENDED
COMPLAINT**

      BEFORE THE COURT is Plaintiffs' Motion for Leave to File Amended Complaint.
The Court has considered the briefing and arguments of the parties and finds that the Motion
should be GRANTED. Plaintiffs shall file their Amended Complaint within 14 days of this
Order.

      IT IS SO ORDERED.

      Dated this _____ day of _____, 2023

                                  _____
                                  Hon. Barbara J. Rothstein
                                  United States District Court Judge

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 ● FAX 206.682.2992

1

Presented by:

2

TOUSLEY BRAIN STEPHENS PLLC

3

4

By: *s/Rebecca L. Solomon*
Rebecca L. Solomon, WSBA #51520
Jason T. Dennett, WSBA #30686
Email:    rsolomon@tousley.com
              jdennett@tousley.com

5

6

7

*Attorneys for Plaintiffs and the Proposed Class*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE AMENDED
COMPLAINT- 2
2:22-cv-00800