# EXHIBIT 1

Case 2:22-cv-00800-BJR   Document 52-1   Filed 03/24/23   Page 1 of 4

**Try Prime**    All ▾

Departments ▾    Your Amazon.com    Today's Deals    Gift Cards & Registry    Hello. Sign in Account & Lists ▾    Orders    Try Prime ▾    Cart

# Help & Customer Service

Search Help    Go

‹ All Help Topics

## Alexa Support

Alexa & Alexa Device Terms
**Alexa Terms of Use**
Source Code Notice
Alexa and Alexa Device FAQs

## Quick solutions



**Devices & Content**
Deliver books, apps to your device

**Digital Purchases**
View purchased books & apps

**Your Subscriptions**
Edit payment info

**1-Click Settings**
Change your address

Ask the Kindle Help Community

Contact Us

Amazon Device Support  ›  Alexa Support  ›  Alexa and Alexa Device Terms, Warranties, and Notices ›

## Alexa Terms of Use

**Last Updated: February 2, 2016**

This is an agreement between you and Amazon Digital Services LLC (with its affiliates, "Amazon" or "we"). Before using Alexa, please read these Alexa Terms of Use, the Amazon.com Privacy Notice , the Amazon.com Conditions of Use , and the other applicable rules, policies, and terms posted on the Amazon.com website, available through your Amazon Alexa App, or provided with Alexa Enabled Products (collectively, this "Agreement"). By using Alexa, you agree to be bound by the terms of this Agreement. If you do not accept the terms of this Agreement, then you may not use Alexa.

For the purpose of these Amazon Alexa Terms of Use:

"Alexa" means Amazon's Alexa voice services, which includes Third Party Services, digital content, Software, the Amazon Alexa App, and support and other related services.

"Alexa Enabled Product" means any product or application that enables access to Alexa, such as the Amazon Echo device.

"Amazon Alexa App" means the companion app or website provided by Amazon that provides access to Alexa's settings, Alexa-related content, and other information.

"Software" means all software (including any updates or new versions), and any related documentation, that we make available to you for operation of Alexa.

"Third Party Service" means any service or application (including any updates or new versions) provided by a third party that we make available to you for use on or through Alexa.

**1. Alexa**

**1.1. Alexa.** An Alexa Enabled Product and internet connection are required to access and use Alexa. Some Alexa services may not be available in all areas and may require separate subscriptions.

**1.2 Use of the Software.** You may access Alexa and use the Software only on or through an Alexa Enabled Product, and you may only make personal and non-commercial use of Alexa. For additional terms that apply to the Software, see the Additional Amazon Software Terms contained in the Amazon.com Conditions of Use and the terms contained in the Legal & Compliance section in the Help menu of your Amazon Alexa App.

**1.3 Voice Services.** You control Alexa with your voice. Alexa streams audio to the cloud when you interact with Alexa. Alexa processes and retains your voice input and other information, such as your music playlists and your Alexa to-do and shopping lists, in the cloud to respond to your requests and improve our services. Learn more about these voice services including how to delete voice recordings associated with your account.

**1.4 Voice Purchasing.** Alexa allows voice purchasing from Amazon using your default payment and shipping settings. Purchases are subject to the Amazon.com Privacy Notice and the Amazon.com Conditions of Use . You can require a speakable confirmation code, turn off voice purchasing, and see product and order details for your Amazon purchases in your Amazon Alexa App. These settings do not apply to purchases you may make by voice through a Third Party Service. Learn more.

**2. Third Party Services; Third Party Alexa Enabled Products.**

**2.1 Third Party Services.** If you use a Third Party Service, we may exchange related information with that service, such as your zip code when you ask for the weather, your custom music stations, or the content of your requests. Your use of any Third Party Service is subject to this Agreement and any third party terms applicable to such Third Party Service. Certain of these third party terms can be found in the Legal Notices section of your Amazon Alexa App, or may be linked from your Amazon Alexa App, and may be updated from time to time. If you do not accept the third party terms applicable to a Third Party Service, do not use that Third Party Service. When using a Third Party Service, you are responsible for any information you provide to the third party. Amazon has no responsibility or liability for Third Party Services. Publishers of Third Party Services may change or discontinue the functionality or features of their Third Party Service.

**2.2 Third Party Alexa Enabled Products.** Alexa Enabled Products include third party products that Amazon does not manufacture or develop. Amazon has no responsibility or liability for such products.

### 3. General

**3.1 Information.** The Software will provide Amazon with information about use of Alexa and its interaction with your Alexa Enabled Product (such as device type, voice information, content metadata, and location). Information provided through Alexa may be stored on servers outside the country in which you live. We will handle any information we receive in accordance with the Amazon.com Privacy Notice .

**3.2 Functionality; Content.** We do not guarantee that Alexa or its functionality or content (including traffic, health, or stock information) is accurate, reliable, or complete. Alexa may allow you to interact with or operate other products, such as lights, appliances, or locks, and Amazon has no responsibility or liability for such products. You may encounter content through Alexa that you find offensive, indecent, or objectionable. Amazon has no responsibility or liability for such content.

**3.3 Changes to Alexa; Amendments.** We may change, suspend, or discontinue Alexa, or any part of it, at any time without notice. We may amend any of this Agreement's terms at our sole discretion by posting the revised terms on the Amazon.com website. Your continued use of Alexa after the effective date of the revised Agreement constitutes your acceptance of the terms.

**3.4 Geographic Restrictions. You may access and use Alexa only in the United States. We may restrict access to Alexa from other locations.**

**3.5 Termination.** Your rights under this Agreement will automatically terminate without notice if you fail to comply with any of its terms. In case of such termination, Amazon may immediately revoke your access to Alexa without refund of any fees. Amazon's failure to insist upon or enforce your strict compliance with this Agreement will not constitute a waiver of any of its rights.

**3.6 Disputes/Binding Arbitration. Any dispute or claim arising from or relating to this Agreement or Alexa is subject to the binding arbitration, governing law, disclaimer of warranties, limitation of liability, and all other terms in the Amazon.com Conditions of Use . By using Alexa, you agree to be bound by those terms.**

**3.7 Disclaimer of Warranties and Limitation of Liability. Without limiting the Disclaimer of Warranties and Limitation of Liability terms in the Amazon.com Conditions of Use, and unless otherwise required by applicable law, in no event will our or our licensors' or our service providers' aggregate liability arising from or relating to this Agreement with respect to any claim exceed fifty dollars ($50).**

**3.8 Contact Information.** For help with Alexa or resolving other issues, please contact Customer Service by e-mail: alexa-support@amazon.com or by phone at 1-877-375-9365 (toll free) when dialing in the US or at (206) 922-0197 (charges may apply) when dialing outside the US.

Was this information helpful?

[ Yes ]  [ No ]

[ Search Help ]  [ Go ]

Back to top

**Get to Know Us**
- Careers
- About Amazon
- Investor Relations
- Amazon Devices

**Make Money with Us**
- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor

**Amazon Payment Products**
- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

**Let Us Help You**
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

› See all

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
|---|---|---|---|---|---|---|
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Inspire<br>Free Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go | Amazon Video Direct<br>Video Distribution<br>Made Easy | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion |
| Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Prime Now<br>FREE 2-Hour Delivery<br>on Everyday Items | Prime Photos<br>Unlimited Photo Storage<br>Free With Prime |
| Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Deals and<br>Shenanigans |
| | | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates